UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

**DERRICK BROOKS, CLIFTON DEMECO,** and
**BRIAN BLOWERS**, on behalf of themselves
and all others similarly situated,

          *Plaintiffs,*

     -against-

**SAMUEL D. ROBERTS**, in his Official Capacity
as Commissioner of the New York
State Office of Temporary and Disability Assistance,

          *Defendant.*
------------------------------------------------------------------------X

No. **16-CV-1025 (DNH)**

**STIPULATION AND ORDER**

      **WHEREAS**, a Stipulation and Order of Settlement was filed by the parties on June 14, 2019 (Dkt. No. 87) and So Ordered by the Court on September 17, 2019 (Dkt. No. 93);

      **WHEREAS**, pursuant to paragraph 65 of said Stipulation and Order of Settlement, "the Court's jurisdiction herein shall terminate upon the Court's granting of a motion by the Defendant, which motion shall be granted once Defendant demonstrates that the Defendant has taken all steps listed in ¶¶ 32–33, 42–43, 45–52" of the Stipulation and Order of Settlement;

      **WHEREAS**, Defendant has taken all steps listed in ¶¶ 32–33, 42–43, 45–52 of the Stipulation and Order of Settlement;

      **NOW, THEREFORE, IT IS HEREBY ORDERED, UPON THE STIPULATION AND AGREEMENT OF THE PARTIES,** that this Court's jurisdiction in this action is terminated.

1

Dated: June 7, 2022

*Susan C. Antos*

Susan C. Antos, Bar Roll No. 101042
EMPIRE JUSTICE CENTER
119 Washington Avenue, 3d floor
Albany, NY 12210
(518) 462-6831, x2851

*Katharine Deabler-Meadows*

Katharine Deabler, Bar Roll No. 520974
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE, INC.
275 Seventh Avenue, Suite 1506
New York, New York 10001
Tel. (212) 633-6967

    Attorneys for the Plaintiffs

Dated: June 9, 2022

*Gregory J. Rodriguez*

Gregory J. Rodriguez
Assistant Attorney General
Litigation Bureau
Office of the New York State Attorney
General, Letitia James
The Capitol
Albany, NY 12224

    Attorney for Defendant

IT IS SO ORDERED:

*David N. Hurd*
David N. Hurd
U.S. District Judge

Dated: 6-13-2022